UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK K. SPURLOCK,

        Petitioner,

    v.

LT G. HOLLATZ, *et al*,

        Respondents.

Case No. C05-5392RBL

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

The Court, having reviewed the report and recommendation, petitioner's application to proceed in forma pauperis and the remaining record, hereby finds and ORDERS:

(1)    the Magistrate Judge's report and recommendation is approved and adopted;

(2)    petitioner's motion for leave to proceed in forma pauperis is DENIED.

(3)    petitioner shall pay the required filing fee ($5.00) to the Clerk of the Court within 30 days of the date of this Order, otherwise this action will be dismissed.

(4)    the Clerk is directed to send copies of this Order to petitioner and any other party that has appeared in this action.

DATED this 2nd day of September, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1